OPINION — AG — ** FREE FAIR BOARD — COMPETITIVE BIDDING — CONTRACTS ** (1) IT WOULD SEEM TO BE ADVISABLE AND BETTER BUSINESS PRACTICE FOR BOARDS OF DIRECTORS OF COUNTY FREE FAIR ASSOCIATIONS OPERATING UNDER THE PROVISIONS OF 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M) TO SUBMIT CONTRACTS FOR THE ERECTING AND/OR REPAIR OF FREE FAIR BUILDINGS TO COMPETITIVE BIDDING, IT IS THE OPINION OF THE AG THAT THEY ARE 'NOT' REQUIRED, BY STATUTE, TO DO SO. (2) THIS DOES NOT MEAN, OF COURSE, THAT SUCH BOARDS ARE 'NOT' REQUIRED TO COMPLY WITH ANY AND ALL STATUTES RELATING, GENERALLY, TO PUBLIC CONTRACTS AND CONTRACTS GENERALLY, BEING MADE UPON BEHALF OF COUNTIES (SUCH AS 62 O.S. 310.1 [62-310.1] — 62 O.S. 310.7 [62-310.7], WHERE " BUDGET APPROPRIATION ACCOUNTS AS DEPARTMENTALIZED AND APPROPRIATED BY THE COUNTY EXCISE BOARD " ARE INVOLVED, AND 61 O.S. 1 [61-1] — 61 O.S. 8 [61-8], FOR EXAMPLE) (CONSTRUCTION, BUILDING, MAINTENANCE, EXPENDITURES, BIDS, COMPETITIVE BIDDING, PUBLIC NOTICE) CITE: 2 O.S. 104 [2-104](A), 2 O.S. 104 [2-104](D), 2 O.S. 104 [2-104](M), 19 O.S. 339 [19-339], 61 O.S. 1 [61-1] [61-1], 62 O.S. 310.1 [62-310.1] (FREE FAIR BOARD) (JAMES C. HARKIN)